# EXHIBIT - 1





| | |
|---|---|
| Photo Owner: National Photo Group, LLC<br>Photo ID Number: 121211<br>Date Taken: 12/12/2011<br>Photo Description: Jennifer Love Hewitt walks down the street wearing a coat with the hood on, a handbag on her arm, and holding a book close to her chest.<br>Photo Location: California<br>Copyright Application Date: 12/13/2011<br>Application Number: 1-698176447<br>Copyright Registration Date: 12/13/2011<br>Registration Number: VA0001799254 | Domain: www.alligator.org<br>URL: http://www.alligator.org/blogs/lifestyle/gatormate/article_84765140-739a-11e1-a164-0019bb2963f4.html<br>Observed Date: 06/14/2013 |





| | |
|---|---|
| Photo Owner: National Photo Group, LLC<br>Photo ID Number: 121211<br>Date Taken: 12/12/2011<br>Photo Description: Jennifer Love Hewitt walks down the street wearing a coat with the hood on, a handbag on her arm, and holding a book close to her chest.<br>Photo Location: California<br>Copyright Application Date: 12/13/2011<br>Application Number: 1-698176447<br>Copyright Registration Date: 12/13/2011<br>Registration Number: VA0001799254 | Domain: www.alligator.org<br>URL: http://www.alligator.org/blogs/lifestyle/gatormate/article_84765140-739a-11e1-a164-0019bb2963f4.html?mode=image<br>Observed Date: 06/14/2013 |